**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6529**

———————

JOHN EDWARD KUPLEN,

Plaintiff - Appellant,

versus

RICHARD FRANKLIN; VAN FRIZZELLE; DONNA JOHN-
SON; BETTY BAIN; LIEUTENANT KING; CAPTAIN
PARKER; SUPERINTENDENT MCDADE; FRED B. MURCHI-
SON; FINESSE COUCH; J. A. DOBBEN; SERGEANT
ROBERTS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior District
Judge. (CA-98-713-5-BR)

———————

Submitted: August 19, 1999          Decided: August 25, 1999

———————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John Edward Kuplen, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Edward Kuplen appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district's opinion and orders and find no reversible error. On appeal, Kuplen claims that the district court erred by failing to address due process and access to the courts claims raised in his complaint. We find that, because these claims are subsumed by the retaliation claim, the court implicitly found them without merit. We also find that the court did not err in denying Kuplen's Fed. R. Civ. P. 59(e) motion. Accordingly, we affirm on the reasoning of the district court. See <u>Kuplen v. Franklin</u>, No. CA-98-713-5-BR (E.D.N.C. Feb. 1 & Mar. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>